UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO MARTINEZ BAÑOS, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> NATHALIE ASHER, et al., <br><br> Defendants-Respondents. | Case No. C16-1454-JLR-BAT <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

Having reviewed the parties' joint status report, Dkt. 55, the Court **ORDERS**:

(1) Defendants shall file their motion to dismiss by **August 4, 2017**, with a noting date of September 1, 2017.

(2) The Clerk is directed to RE-NOTE plaintiffs' motion for preliminary injunction, Dkt. 23, and amended motion for class certification, Dkt. 41, for **September 1, 2017**. The Clerk also is directed to send copies of this Order to the parties and to the Honorable James L. Robart.

DATED this 25th day of July, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING BRIEFING SCHEDULE- 1