UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO MARTINEZ BAÑOS, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> NATHALIE ASHER, et al., <br><br> Defendants-Respondents. | Case No. C16-1454-JLR-BAT <br><br> **ORDER GRANTING UNOPPOSED MOTION TO SEAL** |

Finding that Defendants-Respondents' unopposed motion to seal satisfies the requirements of Local Rule LCR 5(g), the Court **GRANTS** the motion, Dkt. 58, and directs the Clerk to maintain the seal on Docket Nos. 57-1 and 57-2.

DATED this 14th day of August, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO SEAL- 1