# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ARTURO MARTINEZ BAÑOS, et al.,

    Plaintiffs,

v.

NATHALIE ASHER, et al.,

    Defendants.

CASE NO. C16-1454JLR-BAT

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On December 11, 2017, the court issued an order adopting the report and recommendation of the Honorable Brian A. Tsuchida. (Order (Dkt. # 70).) Any

//

//

//

MINUTE ORDER - 1

dispositive motions shall be filed within 30 days of the date of the entry of that order.

This matter is RE-REFERRED to Judge Tsuchida for further proceedings.

Filed and entered this 13th day of December, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2