Honorable James L. Robart
Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Arturo MARTINEZ BAÑOS, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Nathalie R. ASHER, et al., <br><br> Defendants-Respondents. | Case No. 2:16-cv-01454-JLR-BAT <br><br> JOINT STIPULATION AND [proposed] ORDER RE: TIME TO OPPOSE PLAINTIFFS-PETITIONERS' MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANTS-RESPONDENTS TO CROSS-MOVE FOR SUMMARY JUDGMENT <br><br> NOTED FOR CONSIDERATION: **TODAY, L.R. 7(d)(1)** |

In accordance with Local Rule 7(k), the undersigned counsel for the parties hereby STIPULATE and AGREE that Defendants-Respondents' deadline to file their cross-motion for summary judgment and opposition to Plaintiffs-Petitioners' Motion for Summary Judgment, ECF No. 72, be extended to Monday, January 8, 2018, and Plaintiffs-Petitioners' opposition to the cross-motion for summary judgment be scheduled for filing for Friday, January 12, 2018. Neither party will be file replies in support of their cross motions, and both motions for summary judgment will be re-noted for consideration for Friday, January 12, 2018. Accordingly, the parties ask this Court to issue an order adopting the proposed schedule, extending Defendants-Respondents' deadline to oppose Plaintiffs-Petitioners' motion for summary judgment and file a cross-motion for summary judgment to and including, Monday, January 8, 2018.

JOINT STIPULATION AND [proposed] ORDER
RE: TIME TO OPPOSE PLAINTIFFS-PETITIONERS'
MOTION FOR SUMMARY JUDGMENT AND FOR
DEFENDANTS-RESPONDENTS TO
CROSS-MOVE FOR SUMMARY JUDGMENT

(Case No. 2:16-cv-01454-JLR-BAT)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

-1-

**SO STIPULATED.   SO STIPULATED.**

DATED this 27th day of December, 2017.          DATED this 27th day of December, 2017.

*/s/ Matt Adams*
Matt Adams
NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8611
Email: matt@nwirp.org

*Counsel for Petitioners*

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

KATHLEEN A. CONNOLLY
Senior Litigation Counsel
Office of Immigration Litigation

*/s/ Gladys M. Steffens Guzmán*
GLADYS M. STEFFENS GUZMÁN
Trial Attorney, District Court Section
Office of Immigration Litigation
Department of Justice, Civil Division
450 5th Street, NW
Washington, DC  20001
Telephone: (202) 305-7181
Facsimile:  (202) 305-1890

E-Mail: gladys.steffens-guzman@usdoj.gov

*Counsel for Respondents*

JOINT STIPULATION AND [proposed] ORDER
RE: TIME TO OPPOSE PLAINTIFFS-PETITIONERS'
MOTION FOR SUMMARY JUDGMENT AND FOR
DEFENDANTS-RESPONDENTS TO
CROSS-MOVE FOR SUMMARY JUDGMENT

(Case No. 2:16-cv-01454-JLR-BAT)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

-2-

# **ORDER**

The parties having stipulated to the above terms, it is so **ORDERED**. The Court hereby extends Defendants-Respondents' deadline to cross-move for summary judgment and oppose Plaintiffs-Petitioners' motion for summary judgment to Monday, January 8, 2018. The motions are re-noted for consideration for Friday, January 12, 2018, and any opposition to Defendants-Respondents' cross-motion for summary judgment shall be filed on that date.

DATED this 28th day of December, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

JOINT STIPULATION AND [proposed] ORDER
RE: TIME TO OPPOSE PLAINTIFFS-PETITIONERS'
MOTION FOR SUMMARY JUDGMENT AND FOR
DEFENDANTS-RESPONDENTS TO
CROSS-MOVE FOR SUMMARY JUDGMENT

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

(Case No. 2:16-cv-01454-JLR-BAT)

-3-

# CERTIFICATE OF SERVICE

**I hereby certify** that on this 27th day of December, 2017, a true and correct copy of this JOINT STIPULATION was served pursuant to the district court's ECF system to the following ECF filers:

Matt Adams
NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8611
Email: matt@nwirp.org


                */s/ Gladys M. Steffens Guzmán*
                GLADYS M. STEFFENS GUZMÁN
                Office of Immigration Litigation
                United States Department of Justice

JOINT STIPULATION AND [proposed] ORDER
RE: TIME FOR SERVING RESPONDETS' RETURN
Certificate of Service
Case No. 2:16-cv-00132-MJP-BAT

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

-4-