The Honorable James L. Robart
United States Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTURO MARTINEZ BAÑOS, et al.,

Plaintiffs-Petitioners,

v.

ELIZABETH GODFREY, et al.,

Defendants-Respondents.

CASE NO. C16-1454-JLR-BAT

STIPULATED MOTION TO EXTEND TIME FOR RESPONDENTS TO HOLD BOND HEARINGS AND FILE STATUS REPORT

**Noted on Motion Calendar: April 24, 2018**

**JOINT STIPULATION**

The parties hereby jointly STIPULATE AND AGREE to extend the deadline for Defendants-Respondents ("Respondents") to conduct bond hearings for "class members who have already been detained for more than 180 days as of the date of [the Court's] Order [(April 4, 2018)], but who have not yet received a custody hearing before an IJ [(Immigration Judge)]." Proposed Order accompanying Report and Recommendation (ECF No. 77-1) ¶ 9, adopted in its entirety by the Court's Order (ECF No. 83) at 5:8-9. The parties have stipulated to a ten (10) day extension of time from the current compliance deadline of April 25, 2018, to May 7, 2018. Second, the parties have

STIPULATED MOTION TO EXTEND TIME FOR RESPONDENTS TO HOLD BOND HEARINGS AND FILE STATUS REPORT
[Case No. C16-1454-JLR-BAT] - 1

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

stipulated to a seven (7) day extension of time from the current compliance deadline of May 4, 2018, to May 11, 2018, for Respondents to "file a report describing the steps taken to timely identify all current and future class members and to ensure that they receive custody hearings and notice of those hearings" and "file under seal a list containing each class member's name and 'A number,' the date of any scheduled or completed custody hearing, the IJ who conducted or will conduct the hearing, the bond amount set, if any, and whether any appeal has been taken." ECF No. 77-1 ¶ 12.

Accordingly, the new deadlines shall be May 7, 2018, for Respondents to conduct bond hearings for currently-eligible class members in accordance with ECF No. 77-1 ¶ 9, and May 11, 2018, for Respondents to file the directed report and list with the Court in accordance with ECF No. 77-1 ¶ 12.

**SO STIPULATED.**

DATED this 24th day of April, 2018.

        NORTHWEST IMMIGRANT RIGHTS PROJECT

        *s/ Matt Adams*
        MATT ADAMS
        615 Second Avenue, Suite 400
        Seattle, WA 98104
        (206) 957-8611

        *s/ Leila Kang*
        LEILA KANG
        615 Second Avenue
        Seattle, WA 98104
        (206) 957-8608

        *s/ Glenda M. Aldana Madrid*
        GLENDA M. ALDANA MADRID
        615 Second Avenue
        Seattle, WA 98104
        (206) 957-8648

        Attorneys for Plaintiffs-Petitioners

STIPULATED MOTION TO EXTEND TIME FOR
RESPONDENTS TO HOLD BOND HEARINGS AND FILE
STATUS REPORT
[Case No. C16-1454-JLR-BAT] - 2

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

**SO STIPULATED.**

DATED this 24th day of April, 2018.

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

By: *s/ Sairah G. Saeed*
SAIRAH G. SAEED
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail: sairah.g.saeed@usdoj.gov

Attorneys for Defendants-Respondents

STIPULATED MOTION TO EXTEND TIME FOR RESPONDENTS TO HOLD BOND HEARINGS AND FILE STATUS REPORT
[Case No. C16-1454-JLR-BAT] - 3

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

**ORDER**

**IT IS SO ORDERED**

Dated this 25th day of April, 2018

JAMES L. ROBART
United States District Judge

Recommended for entry this _______ day of April, 2018.

BRIAN A. TSUCHIDA
United states Magistrate Judge

STIPULATED MOTION TO EXTEND TIME FOR RESPONDENTS TO HOLD BOND HEARINGS AND FILE STATUS REPORT
[Case No. C16-1454-JLR-BAT] - 4

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

Presented by:

NORTHWEST IMMIGRANT RIGHTS PROJECT

*s/ Matt Adams*
MATT ADAMS
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

*s/ Leila Kang*
LEILA KANG
615 Second Avenue
Seattle, WA 98104
(206) 957-8608

*s/ Glenda M. Aldana Madrid*
GLENDA M. ALDANA MADRID
615 Second Avenue
Seattle, WA 98104
(206) 957-8648

Attorneys for Plaintiffs-Petitioners

STIPULATED MOTION TO EXTEND TIME FOR RESPONDENTS TO HOLD BOND HEARINGS AND FILE STATUS REPORT
[Case No. C16-1454-JLR-BAT] - 5

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

Presented by:

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

By: *s/ Sairah G. Saeed*
SAIRAH G. SAEED
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail: sairah.g.saeed@usdoj.gov

Attorneys for Defendants-Respondents

STIPULATED MOTION TO EXTEND TIME FOR
RESPONDENTS TO HOLD BOND HEARINGS AND FILE
STATUS REPORT
[Case No. C16-1454-JLR-BAT] - 6

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181