UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWIN OMAR FLORES TEJADA and GERMAN VENTURA HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>     Petitioners,<br><br>  v.<br><br>ELIZABETH GODFREY, Field Office Director; et al.,<br><br>     Respondents. | CASE NO. 2:16-cv-01454-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) This case was originally filed in September 2016 by Plaintiff Arturo Martinez Banos on behalf of himself as an individual and on behalf of others similarly situated. *See* Dkt. No. 1. Mr. Martinez Banos has since been removed from the case, and Plaintiffs Edwin Flores Tejada and German Ventura Hernandez have been added on behalf of

MINUTE ORDER - 1

themselves as individuals and on behalf of others similarly situated. *See* Dkt. Nos. 38, 53. The case then went up on appeal and was stayed for several years. *See* Dkt. Nos. 93, 104–111.

(2) Also, prior to and while the case was on appeal, several of the Defendant government officials named in their official capacities were substituted (either officially on the docket or automatically per Fed. R. Civ. P. 25(d)). Thus, the case name and caption on appeal differs significantly from the original case name and caption.

(3) To avoid confusion going forward, the Court ORDERS the Clerk to amend the short title of this action in CM/ECF as follows: *Flores Tejada et al. v. Godfrey et al.*

(4) Further, the Court ORDERS that all future filings in this case shall bear a caption consistent with this order, as demonstrated above.

Dated this 11th day of July 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2