UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWIN OMAR FLORES TEJADA and GERMAN VENTURA HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>ELIZABETH GODFREY, Field Office Director; et al.,<br><br>　　　　　　　Respondents. | CASE NO. 2:16-cv-01454-TL<br><br>MINUTE ORDER |

　　The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

　　(1) On June 25, 2020, this case was stayed at the Parties' request. Dkt. No. 108.

　　(2) On October 22, 2020, the stay was extended pending resolution of related United States Supreme Court case *Barr v. Aleman Gonzalez*, No. 20-322. Dkt. No. 111. The

Parties were directed to file a Joint Status Report with the Court two weeks after final action in the Supreme Court case. *Id.*

(3) On April 25, 2023, this Court received the a mandate from the Ninth Circuit remanding the case back to this Court for further proceedings consistent with the Supreme Court's decision in *Aleman Gonzalez*. Dkt. No. 115. The Parties' have yet to file a Joint Status Report as previously directed.

(4) The Parties are therefore ORDERED to file a Joint Status Report, by **no later than fourteen (14) days** from the date of this order, indicating their positions regarding whether the stay in this case should be lifted, the current status of this litigation, a proposed case schedule, and the possibility of settlement.

Dated this 11th day of July 2023.

Ravi Subramanian<br>
Clerk of the Court<br><br>
s/ Kadya Peter<br>
Deputy Clerk